## STATE OF CONNECTICUT *v.* JEFFREY RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 250 (AC 30766), is denied.

*Gary A. Mastronardi,* in support of the petition.

*Sarah Hanna,* assistant state's attorney, in opposition.

Decided June 24, 2010